1  DONNA M. RUTTER (SBN 145704)
   DENA L. NARBAITZ (SBN 176556)
2  ZACHARY P. HUTTON (SBN 234737)
   CURIALE DELLAVERSON HIRSCHFELD
3    & KRAEMER, LLP
   727 Sansome Street
4  San Francisco, CA 94111
   Telephone: (415) 835-9000
5  Facsimile: (415) 834-0443

6  Attorneys for Defendant
   ZOMAX INCORPORATED
7

**FILED**

AUG 0 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ANTHONY TAYLOR,                    Case No. C 05-2740 TEH

12         Plaintiff,                  **STIPULATION TO EXTEND TIME TO
                                       RESPOND TO COMPLAINT**
13  vs.

14  ZOMAX INCORPORATED and DOES
    ONE THROUGH TWENTY, inclusive,
15
           Defendants.
16

17         THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY

18  STIPULATE AS FOLLOWS:

19         Pursuant to United States District Court for the Northern District of California Local Rule

20  6-1(a), Plaintiff Anthony Taylor ("Taylor") and Defendant Zomax Incorporated ("Zomax") agree

21  and stipulate that Zomax shall have thirty (30) days from July 28, 2005 to respond to Taylor's

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C052740 TEH                                                              33Z7707

Complaint. Zomax's response to Taylor's Complaint shall be filed on or before August 29, 2005.

IT IS SO STIPULATED.

Dated: July 29, 2005

LAW OFFICES OF RAND L. STEPHENS

By: _____
Rand L. Stephens
Attorneys for Plaintiff
ANTHONY TAYLOR

Dated: July 28, 2005

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Dena L. Narbaitz
Attorneys for Defendant
ZOMAX INCORPORATED

IT IS SO ORDERED:

_____
Thelton E. Henderson
United States District Judge
8/2/05

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C052740 TEH