DONNA M. RUTTER (SBN 145704)
DENA L. NARBAITZ (SBN 176556)
ZACHARY P. HUTTON (SBN 234737)
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ZOMAX INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TAYLOR,

   Plaintiff,

vs.

ZOMAX INCORPORATED and DOES ONE THROUGH TWENTY, inclusive,

   Defendants.

Case No. C 05-2740 TEH

**STIPULATION TO FILE CAPTION THAT REFLECTS "FIRST AMENDED COMPLAINT" AND TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. Defendant Zomax Incorporated's ("Zomax") response to Plaintiff Anthony Taylor's ("Taylor") Complaint filed on August 25, 2005 is currently due on or before September 6, 2005.

2. Taylor will amend the caption to his Complaint filed on August 25, 2005 to reflect that this pleading is a "First Amended Complaint."

3. Pursuant to United States District Court for the Northern District of California Local Rule 6-1(a) and Federal Rule of Civil Procedure Rule 15, Taylor and Zomax agree and

STIPULATION RE: CAPTION AND TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C052740 TEH

1  stipulate that Zomax shall respond to Taylor's First Amended Complaint on or before September
2  13, 2005.
3      IT IS SO STIPULATED.
4
5  Dated: August 29, 2005              LAW OFFICES OF RAND L. STEPHENS
6
7                                           By: _____
8                                           Rand L. Stephens
                                         Attorneys for Plaintiff
9                                           ANTHONY TAYLOR
10
11
12  Dated: August 30, 2005              CURIALE DELLAVERSON HIRSCHFELD
                                         & KRAEMER, LLP
13
14                                           By: _____
                                         Dena L. Narbaitz
15                                           Attorneys for Defendant
16                                           ZOMAX INCORPORATED
17
18  IT IS SO ORDERED.
19  Dated: August 31, 2005              By: _____
20                                           Honorable Thelton E. Henderson
                                         U.S. District Court, Northern Dist. Cal.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Thelton E. Henderson]*

3327707

2

STIPULATION RE: CAPTION AND TO EXTEND TIME TO RESPOND TO FIRST
AMENDED COMPLAINT
CASE NO. C052740 TEH