DONNA M. RUTTER (SBN 145704)
DENA L. NARBAITZ (SBN 176556)
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ZOMAX INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAYLOR, <br><br> Plaintiff, <br><br> vs. <br><br> ZOMAX INCORPORATED and DOES ONE THROUGH TWENTY, Inclusive, <br><br> Defendant. | Case No. C 05 2740 TEH <br><br> **STIPULATION OF DISMISSAL** |

1. **WHEREAS** Plaintiff Anthony Taylor ("Plaintiff") and Defendant Zomax Incorporated ("Defendant Zomax") wish to amicably resolve this matter now pending before this Court; and

2. **WHEREAS** Plaintiff and Defendant Zomax have in fact reached an agreement for such resolution;

**NOW THEREFORE**, Plaintiff and Defendant Zomax hereby agree and stipulate that, pursuant to Fed. Rule of Civil Procedure 41 (a)(1), and pursuant to the terms of the settlement agreement reached by them, **Plaintiff shall and hereby does dismiss, with prejudice, all causes of action as to all Defendants, including but not limited to Defendant Zomax** currently pending before

///

STIPULATION OF DISMISSAL
CASE NO. C 05 2740 TEH

3336213
4/24/06

this Court in Case No. C 05 2740 TEH.

Dated: April ___, 2006

LAW OFFICES OF RAND L. STEPHENS

By: _____
Rand L. Stephens
Attorneys for Plaintiff ANTHONY TAYLOR

Dated: April 25, 2006

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP

By: _____
Donna Rutter

Attorneys for Defendant ZOMAX INC.
Zomax Hotels & Resorts Worldwide, Inc

Dated: April 26, 2006

IT IS SO ORDERED

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL
CASE NO. C-05-03963 BZ

2